IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA         :
                                 :
vs.                              :
                                 :      C.A. 06-00179- CB
~Frederick DeWayne Graves~       :      CRIMINAL ACTION NO.
(Your name, under which you      :      (To be added by the Court)
were convicted)                  :
                                 :      C.R. no. 04-00104- CB
                                 :
_____          :
(Your prison number)             :

MOTION TO VACATE, SET ASIDE
OR CORRECT SENTENCE BY A
PERSON IN FEDERAL CUSTODY

A.   Instructions.  [Read before filling out this form]:

     1.   Readable.  The Motion must be either typed, or written
by hand in a readable way.

     2.   Signed Under Penalty of Perjury.  The Motion must be
signed by the person bringing suit, "under penalty of perjury";
you can be sent to jail for any false statement in it.  Your signa-
ture does not have to be witnessed by a notary public.

     3.   One Conviction Per Case.  You can only challenge one crim-
inal conviction in each Motion.

     4.   Complete Form.  You must fill out every single line of
this form, unless some line has nothing to do with you (in that
case, write in "not applicable" or "N.A.").  If the form is not
complete, the Court will mail it back, unfiled.

     5.   All Grounds.  In this suit attacking your criminal con-
viction, you must include and raise every ground you have, after
you have first raised that ground in state court.


B.   Motion.

-2-

3.   Lawyer.  Who was your lawyer?

    (a)   At preliminary hearing K. LYNN HILLMAN

    (b)   At arraignment and plea K. LYNN HILLMAN

    (c)   At trial NA

    (d)   At sentencing K. LYNN HILLMAN

    (e)   On direct appeal NA

    (f)   In any post-conviction proceeding NA

    (g)   On appeal from any adverse ruling in a post-conviction
       proceeding NA

4.   Crime.  For what crime(s) were you convicted in the case
you attack with this Complaint? POSS. WITH INTENT TO DIST
COCAINE BASE (CRACK)

5.   Sentence.  What was your sentence? 172 MOS

6.   Plea.  How did you plead (check one)?

    _____✓_____ guilty

    _____ not guilty

    _____ nolo contendere

If you pleaded guilty to one count or indictment, and pleaded not

-3-

7.  **Kind of Trial**.  (Check One.)

_____ Jury          ____✓____ Non-Jury

8.  **Appeals**.

(a)  Did you appeal your criminal conviction?

_____ Yes          ____✓____ No

(b)  If you **did**, fill this out:

Name of highest appellate court to rule in your case

_____NA_____

Result ("affirmed," etc.) NA _____

Date of opinion_____NA_____

Citation to court opinion (if known)  NA _____

(c)  If you did **not** appeal, why didn't you?  NA ___

_____ I WAIVED MY APPEAL RIGHTS _____

_____

_____

9.  **Post-Conviction Collateral Proceeding**.  Did you file **any** kind of court suit other than appeal challenging your conviction? If so,

In what court _____

When_____

Did you have a hearing _____

What was the result _____

-4-

When was the appeal decided? __NA__

10.   State in the following paragraphs every ground or reason you claim your conviction is improper or unlawful.  Use simple language, and don't cite cases.

    a.   <u>First Ground</u>.

    (i)   My conviction violates the Constitution or laws of the United States for this reason: _THAT MY LAWYER DID NOT PR FORM HER DUTIES IN BEST INTEREST, WHICH IS A VIOLATION OF MY CONSTITUTION SIXTH AMENDMENT OF THE CONSTITUTION._

    (ii)   The factual background (tell your story briefly): _MY ATTORNEY TOLD ME TO PLEA GUILTY THAT MY VOLUNTARY GUILTY PLEA WOULD BOUND ME TO A SENTENCE RANGING ANYWHERE FROM THE LOW TO HIGH END OF THE GUIDELINE OF THE INSTANT OFFENSE (68 grams CRACK)._

    (iii)   I have already raised this claim in court in:

        direct appeal      Yes _____   No __✓__

        collateral attack   Yes __✓__   No _____

    b.   <u>Second Ground</u>.

    (i)   My conviction violates the Constitution or laws of the United States for this reason: _THE SIXTH AMENDMENT STATES THAT I HAVE A RIGHT TO A FAIR TRIAL AND EFFECTIVE COUNSEL THAT WILL REPRESENT MY BEST INTEREST._

(iii) I have already raised this claim in court in:

direct appeal          Yes _____     No ✓

collateral attack      Yes ✓          No _____

c.    <u>Third Ground</u>.

(i)   My conviction violates the Constitution or laws of the United States for this reason: *IT WAS NOT IN MY INDICTMENT THAT I WOULD BE ENHANCED. 3 CAREER CRIMINAL POINTS NOR DID A JURY FIND ME GUILTY AND TO ENHANCE ME WOULD VIOLATE MY SIXTH AMENDMENT OF THE CONSTITUTION.*

(ii)  The factual background (tell your story briefly): *MY ATTORNEY STATED TO ME THAT MY PLEA OF GUILTY WOULD BE FOR THE 1.8 GRAMS OF CRACK TO WHICH I WAS CHARGE WITH. AFTER MY PLEA SHE STATED MY GUILTY PLEA WAS GROUNDS FOR ENHANCEMENTS.*

(iii) I have already raised this claim in court in:

direct appeal          Yes _____     No ✓

collateral attack      Yes ✓          No _____

d.    <u>Other</u>.   (Attach separate sheets if necessary, giving the same information for each ground.

11.    <u>Concurrent Sentence</u>.   Are you now serving time in jail for any federal or state conviction <u>other</u> than the one you attack here? If you are give the following information:

Crime charged and for which convicted

12. <u>Future Sentence</u>.  Do you have any federal or state sentence to serve in the <u>future</u>, <u>after</u> you serve the sentence you are attacking in this case?          Yes __✓__   No _____

     If so, give this information about that sentence:

     Court _SOUTHERN DISTRICT OF ALABAMA_____

     Date of sentencing _DEC 15, 2005_____

     Length of sentence _37mos_____

     Judge _WILLIAM H. STEELE_____

     Have you filed any court challenge to that sentence?

     Yes _____   No __✓__

     If you have, give this information:

     Court _____N/A_____

     Current status of case _____

     Judge _____

     Your lawyer's name in that case ____N/A_____

13. <u>Other Challenges</u>.  Do you have any petition or appeal now pending in any court as to the conviction under attack here?

     Yes _____   No __✓__

14. <u>Jurisdiction and Relief</u>.  For the above reasons, the plaintiff invokes this Court's jurisdiction under 28 U.S.C. § 2255 and asks the Court to grant whatever relief the law provides in this case.

-7-

My signature below is signed under penalty of perjury, and the information above is true and correct (this form does <u>not</u> have to be signed by a notary public).

March 5, 2006
Date of Signature

Mr Frederick D. Phallep
Signature of Plaintiff (Inmate)
(Sign the name under which you were convicted).

08704 003
Prison Number

*FOR COURT RECORDS*

# SOUTHERN DISTRICT OF ALABAMA
# FEDERAL DEFENDERS ORGANIZATION
### 2 South Water Street, 2nd Floor
### Mobile, Alabama 36602
### Telephone: (251) 433-0910

Internet: Lyn_Hillman@fd.org
Toll Free: (800) 433-4603
Fax: (251) 433-0686

Executive Director
Carlos A. Williams

Assistant Federal Defenders
K. Lyn Hillman
Christopher Knight
Fred W. Tiemann

Appellate Attorney
Kristen Gartman Rogers

Research & Writing Attorney
Latisha V. Colvin

Administrative Officer
Debra O. Davis

Investigators
Jackie Page
Daniel R. Stankoski

Legal Secretary
Lana L. Sims

Case Management Assistant
Sandra L. Kelly

Computer Systems Administrator
Chris Feaster

3-6-06

Mr. Frederick Graves
P. O. Box 104
Mobile, Alabama 36601

Re: Your letter to Judge Butler

Dear Mr. Graves:

I received your voice mail message requesting a meeting with me at the Metro Jail. You have written two letters to two different judges alleging facts that are simply not true. At this point, I consider my continued representation of you to present a conflict of interest, as you appear to be preparing litigation against me.

I will not be coming to see you because your cases with this office are closed. If you have further information to relay to me, you may do so by mail. You have had no difficulty writing the judges, and I believe you can also write me if you so desire.

Sincerely,

K. Lyn Hillman
Assistant Federal Defender

For Court Records

3-5/06

Dear Mrs. Hillman,

This is a Request asking you to come talk with me in hope to resolve our issues. However these requests are seeking my Attorneys attention. I also called your office March 2, 2006 and left a voice message for you to come see me. I've done these request in the appropriate manners but as of today March 5, 2006 I've not seen you. Your negligents in regards to all my request merely demostrates an attorney who has not defend my best interests

NOTE! 1ST REQUEST MADE FOR YOU
TO COME SEE ME SINCE I NOTIFIED
THE COURT (BY PHONE 3-2-06).
                    1ST REQUEST

Sincerely,